UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rawle Daisley, *on behalf of himself and all others similarly situated*,<br>　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>West Creek Financial, Inc.,<br>　　　　　　　*Defendant*. | 18 Civ. 3555 (BMC) |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant West Creek Financial, Inc. ("West Creek"), a non-governmental party, hereby certifies through undersigned counsel that: (i) it is a wholly owned subsidiary of West Creek Financial Holdings, Inc., a nonpublic corporation; and (ii) no publicly held corporation owns ten percent or more of West Creek's stock.

Dated:  July 5, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　/s/ Matthew P. Previn
　　　　　　　　　　　　　　　　　　　Matthew P. Previn
　　　　　　　　　　　　　　　　　　　Buckley Sandler LLP
　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 600-2310
　　　　　　　　　　　　　　　　　　　Fax: (212) 600-2405
　　　　　　　　　　　　　　　　　　　mprevin@buckleysandler.com

*Attorneys for Defendant West Creek Financial, Inc.*