UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Rawle Daisley, *on behalf of himself and all others similarly situated*,
                              *Plaintiff,*

v.

West Creek Financial, Inc.
                            *Defendant.*

**INDEX: 18-CV-3555**
**HON. BRIAN M. COGAN**

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Order Approving Settlement, Directing Notice to Class Members and Scheduling Fairness Hearing, the Declaration of Daniel A. Schlanger, dated October 12, 2018 (including all exhibits), all other motion papers, and upon all prior pleadings, Plaintiff in the above referenced action, by and through his respective counsel, will move this Court at the United States Courthouse, of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 before the Honorable Brian M. Cogan, at a date and time to be determined by this Court, for an Order:

i. Granting preliminary approval of the parties' Settlement Agreement And Release Of Claims (the "Settlement Agreement") as fair, reasonable, adequate, and in the best interests of the Settlement Class;

ii. Certifying the Settlement Class as defined in the Settlement Agreement;

iii. Appointing Rawle Daisley as the Class Representative;

iv. Appointing Daniel A. Schlanger (of Schlanger Law Group LLP) as Class Counsel for the Settlement Class;

v. Approving the parties' proposed Notice and Notice Plan (including the form, content, manner and timing of notice to the settlement class) and authorizing Notice to be distributed in accordance with the Notice Plan;

vi. Approving A.B. Data, Ltd. to serve as the class administrator;

vii. Setting a hearing date for consideration of final approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(c)(2) ("the Fairness Hearing") after the Notice period has

        expired so that the Court can consider any objections to the settlement, approve the Class Settlement,

viii.    Approving the amount the parties have agreed to with regard to Class Counsel's attorney's fees and costs; and

ix.    Granting such other and further relief as may be just and proper.

Dated: October 24, 2018

                                    */s/Daniel A. Schlanger*
                                    Daniel A. Schlanger, Esq.
                                    SCHLANGER LAW GROUP LLP
                                    9 East 40th Street, Suite 1300
                                    New York, NY 10016
                                    T. 212-2500-6114
                                    F. 646-612-7996
                                    dschlanger@consumerprotection.net

                                    *Counsel for Plaintiff*
                                    *and the Putative Class*